**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

KEVIN WILLIAMS,

Plaintiff,

-against-

THE NEW YORK CITY POLICE DEPARTMENT and THE CITY OF NEW YORK,

Defendants.

---------------------------------------------------------------X

25 **CIVIL** 4390 (MKV)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2026, Defendants' motion to dismiss is granted and Plaintiff's Amended Complaint is dismissed with prejudice. Plaintiff has already amended his complaint in response to Defendants' pre-motion letter concerning their anticipated motion to dismiss and Plaintiff has not sought leave to amend further. Further, in granting Plaintiff leave to amend in the face of Defendants' pre-motion letter, the Court made clear that "[t]his will be Plaintiff's last opportunity to amend the complaint in response to arguments raised in the Defendants' pre-motion letter." [ECF No. 11]. Accordingly, dismissal with prejudice is appropriate. *See Thompson v. City of New York*, No. 24-1051, 2024 WL 4586530, at *3 (2d Cir. Oct. 28, 2024) (no error in dismissing with prejudice where plaintiff did not seek leave to amend and had previously been afforded an opportunity to amend); *Felder v. United States Tennis Ass'n*, 27 F.4th 834, 848 (2d Cir. 2022) ("[W]e certainly see no error or abuse of discretion in the District Court's dismissal of Felder's complaint with prejudice, as Felder did not request leave to re-amend."); accordingly, the case is closed.

**Dated:** New York, New York

September 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**